No. 361. ROBERT GILLAND, PLAINTIFF IN ERROR, *v.* THE UNITED STATES. In error to the Circuit Court of the United States for the District of South Dakota. Argued October 12, 1911. Decided October 24, 1911. *Per Curiam.* Judgment reversed, upon confession of error by counsel for the defendant in error, and cause remanded for further proceedings in conformity to law. *Mr. Louis W. Crofoot* for the plaintiff in error. *The Attorney General* and *The Solicitor General* for the defendant in error.

No. ——. Original. *Ex parte:* IN THE MATTER OF J. WESLEY GLASGOW, PETITIONER. Motion for leave to file a petition for a writ of *habeas corpus.* Submitted October 23, 1911. Decided October 30, 1911. *Per Curiam.* Denied. *Ex parte Mirzan,* 119 U. S. 584; *Riggins v. United States,* 199 U. S. 547; *In re Lincoln,* 202 U. S. 178. *Mr. John C. Fay* for the petitioner.